IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Davis, Shannon P | Case Number: 06 B 04024 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/22/08 | Filed: 4/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 15, 2008
Confirmed: May 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,301.90 |  |
| Secured: |  | 5,794.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,131.60 |
| Trustee Fee: |  | 375.92 |
| Other Funds: |  | 0.00 |
| Totals: | 7,301.90 | 7,301.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,929.00 | 1,131.60 |
| 2. | Monterey Financial Services | Secured | 3,602.08 | 1,402.93 |
| 3. | Centrix Financial A/K/A FlatIron Fin | Secured | 12,390.70 | 4,391.45 |
| 4. | Midland Credit Management | Unsecured | 28.69 | 0.00 |
| 5. | Monterey Financial Services | Unsecured | 35.30 | 0.00 |
| 6. | American General Finance | Unsecured | 258.54 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 34.00 | 0.00 |
| 8. | CB USA | Unsecured |  | No Claim Filed |
| 9. | Telecom USA | Unsecured |  | No Claim Filed |
| 10. | Overland Bond & Investment Corp | Unsecured |  | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 13. | SBC | Unsecured |  | No Claim Filed |
| 14. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 15. | Trinity Hospital | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,278.31 | $ 6,925.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 9.57 |
| 5% | 70.66 |
| 4.8% | 102.86 |
| 5.4% | 192.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Shannon P | Case Number: 06 B 04024 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/22/08 | Filed: 4/11/06 |

_____
$ 375.92

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

